**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

January 31, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

        **Re: Henry Tucker, On Behalf of Himself and All Other Persons Similarly Situated**
        **v. C & J Clark Retail, Inc.**
        **Case No: 1:19-cv-10031**

Dear Judge Torres,

    The undersigned represents the Plaintiff, Henry Tucker ("Plaintiff"), in the above captioned matter. I write to the Court pursuant to Your Honor's Individual Rule II(A). I respectfully request to appear telephonically at the Initial Conference (currently scheduled for February 3, 2020 at 11:00 AM) due to a recent medical condition that resulted in hospitalization. As a result of this condition, I am currently on oxygen 24/7, which prevents me from attending the conference in person. However, I can either appear for the conference telephonically, or if the Court prefers, at a later date at least three weeks from the date currently scheduled. I have conferred with Defendant's counsel who has no objections to this request.

    I thank the Court for its time and consideration in this matter.

                                                                          Respectfully submitted,
                                                                          GOTTLIEB & ASSOCIATES

GRANTED. Plaintiff's counsel is directed to call the
chambers line (212-805-0292) at **11:00 a.m.** on
**February 3, 2020**.

                                                                             *s/ Jeffrey M. Gottlieb*
                                                                               Jeffrey M. Gottlieb

SO ORDERED.

Dated: January 31, 2020
           New York, New York

_____
**ANALISA TORRES**
United States District Judge