USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

-against-

C. & J. CLARK RETAIL, INC.,

                Defendant.

19 Civ. 10031 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's request to stay this action pending resolution of appeals in other cases raising similar issues, ECF No. 36, is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 36.

    SO ORDERED.

Dated: June 16, 2020
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge